```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION
```

IN RE:                              )
                                    )
RAYMOND AND MARIE WYMAN             )   CASE NO.  04-30090-LMK
                                    )      CHAPTER 7
    Debtor.                         )
_____)

### REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 1 | Americredit Financial<br>P. O. Box 472087<br>Tulsa, OK 74147 | $12,858.12 |
| 3 | Direct Merchants Bank<br>P. O. Box 232339<br>San Diego, CA 92123 | $ 3,892.37 |

Dated: 9/23/10

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.,
TRUSTEE
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005
Johnevennjrpa@aol.com